```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------------------X  ELECTRONICALLY FILED
 JOHN M. STACK,                               :  DOC #:_____
                                              :  DATE FILED: 11/20/2019
                            Plaintiff,        :
                                              :
           -against-                          :       18-CV-10371 (VEC)
                                              :
                                              :            ORDER
 KARR-BARTH ASSOCIATES, INC.,                 :
 AXA ADVISORS, LLC, and                       :
 AXA NETWORK, LLC,                            :
                                              :
                            Defendants.       :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 20, 2019, Plaintiff filed a motion for leave to amend, Dkt. 53; and

WHEREAS Defendants appear to oppose the motion, unless Plaintiff agrees to certain concessions, including the extension of fact discovery;

IT IS HEREBY ORDERED that the parties are directed to meet and confer in good faith for the lesser of one hour or until an agreement is reached, to resolve the pending request for leave and obviate the need for further briefing. The parties are advised that, even if Plaintiff were to agree to an extension of fact discovery, the Court would not approve another extension, as should be clear from the Court's previous instructions. If the parties are unable to resolve the issue during the meet-and-confer, they must jointly call chambers for a teleconference on **November 26, 2019, at 3:00 P.M.**, and explain why they need judicial intervention. A joint status letter shall be due on **November 25, 2019**.

**SO ORDERED.**

Date: November 20, 2019  
      New York, New York

_____  
**VALERIE CAPRONI**  
**United States District Judge**