UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
JOHN M. STACK,                                               :
                                                             :
                                Plaintiff,                   :
                                                             :
        -against-                                            :   18-CV-10371 (VEC)
                                                             :
                                                             :   ORDER
KARR-BARTH ASSOCIATES, INC.,                                 :
AXA ADVISORS, LLC, and                                       :
AXA NETWORK, LLC,                                            :
                                                             :
                                Defendants.                  :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 24, 2020, the parties appeared for a status conference; and

WHEREAS Defendants intend to move for summary judgment;

IT IS HEREBY ORDERED that Defendants' motion shall be due on or before **March 6, 2020**; Plaintiff's opposition shall be due on or before **April 3, 2020**; and Defendants' reply shall be due on or before **April 17, 2020**. The parties are reminded that any request for sealing must be made in accordance with the Court's Individual Practices. The parties may jointly request a referral to the assigned magistrate judge for a settlement conference at any time.

**SO ORDERED.**

**Date: January 24, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**