**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOHN M. STACK,

                Plaintiff,                18 **CIVIL** 10371 (VEC)

      -against-                       **JUDGMENT**

KARR-BARTH ASSOCIATES, INC.,
AXA ADVISORS, LLC, and
AXA NETWORK, LLC,
               Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion dated March 18, 2021, because Stack is an independent contractor, he is not entitled to protection pursuant to the ADA, ERISA, the FMLA, and the PHRA. Accordingly, the Court decides the motion on this threshold issue, and Defendants' motion for summary judgment is GRANTED. This case is DISMISSED with prejudice.

**Dated:** New York, New York
        March 18, 2021

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                   **BY:**          K. Mango
                                                  **Deputy Clerk**